## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: June 27, 2023

Ms. Michelle Marie Rose  
1690 Lake Crest Drive  
Roaming Shores, OH 44084

Re: Case No. 23-3372, *Michelle Rose v. Louis Stokes VA Medical Center*  
Originating Case No. 1:19-cv-00514

Dear Ms. Rose,

The district court has denied, in whole or in part, your motion to proceed on appeal in forma pauperis and has directed you to pay the amount of **$505.00** for the appellate filing fee.

You are responsible for either paying **to the district court** that amount or filing **in this court** a renewed motion for pauper status and a financial affidavit. You have until **July 27, 2023** to do one or the other.

If you decide to move for pauper status, enclosed for your convenience are a blank motion and financial affidavit. These documents must be completed, signed, mailed to this court and served on the opposing counsel by the aforementioned deadline.

Please note that if you do nothing, the appeal will be dismissed for want of prosecution without further notice.

Sincerely,

s/Gretchen S. Abruzzo  
Case Manager  
Direct Dial No. 513-564-7018

cc: Ms. Karen Elizabeth Swanson Haan

Enclosure – ifp form 4